# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

PAMELA HEIMERMAN, individually, as surviving spouse and heir at law of Daniel Joseph Heimerman, deceased,

    Plaintiff,

v.

NORTHERN CLEARING, INC., and OLD REPUBLIC CONTRACTOR INSURANCE GROUP, INC.,

    Defendants.

Case No. 18-CV-01140

## MEMORANDUM AND ORDER

Before the Court is the parties' Joint Motion to Substitute Real Party in Interest Old Republic Contractor Insurance Group, Inc. for Old Republic Insurance Company (ECF 8). The parties ask the Court to order the substitution pursuant to Fed. R. Civ. P. 17(a)(3). Under that rule, the Court may allow a real party in interest to be substituted into the action. Therefore, the Court finds that real party in interest Old Republic Contractor Insurance Group, Inc. shall be, and hereby is, substituted for Old Republic Insurance Company as defendant. All references in this lawsuit to "Old Republic Insurance Company"—whether in previous pleadings or in the caption of future pleadings—shall be deemed to refer to Old Republic Contractor Insurance Group, Inc.

    IT IS SO ORDERED.

Dated: July 9, 2018

*s/Gerald L. Rushfelt*
Gerald L. Rushfelt
U.S. Magistrate Judge